# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NATHEL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINCENT B. ZANINOVICH & SONS, INC., <br><br> Defendant. | CASE NO.: 1:18-cv-00729-LJO-SAB <br><br> ORDER RE STIPULATION TO CONTINUE HEARING <br><br> (ECF No. 11) |

On July 30, 2018, the parties filed a stipulation to continue the hearing on Defendant's motion to dismiss and to allow counsel to participate telephonically at the hearing. To allow for decision on the motion to dismiss prior to incurring additional litigation expenses, the Court shall also continue the mandatory scheduling conference.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's motion to dismiss is CONTINUED from August 29, 2018, to **September 12, 2018 at 10:00 a.m.**, in Courtroom 9;

2. Gregory Brown and Craig A. Stokes may appear telephonically at the September 12, 2018 hearing. Counsel shall contact the Courtroom Deputy Clerk to obtain the toll-free teleconference number and the teleconference code for call;

3. Due to the pending motion to dismiss, the mandatory scheduling conference is CONTINUED from August 28, 2018, to **November 27, 2018 at 3:00 p.m**. in Courtroom 9; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **August 1, 2018**

UNITED STATES MAGISTRATE JUDGE