# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHEL INTERNATIONAL, INC., | Case No. 1:18-cv-00729-LJO-SAB |
| Plaintiff, | ORDER RE JOINT STATUS REPORT |
| v. | (ECF No. 21) |
| VINCENT B. ZANINOVICH & SONS, INC., | |
| Defendant. | |

On May 29, 2018, Plaintiff Nathel International, Inc. filed this action for breach of contract and under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499 et seq., against Defendant Vincent B. Zaninovich & Sons, Inc. seeking declaratory judgment. (ECF No. 1.) On October 26, 2018, this matter was stayed for the parties to complete USDA proceedings and the parties were ordered to file a joint status report within 180 days or within thirty days of the completion of the USDA proceedings. On April 24, 2019, the parties filed a joint status report indicating that the USDA proceedings are still proceeding.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint report on the status of the USDA proceedings within one hundred eighty (180) days or within thirty (30) days of the completion of the USDA proceedings, whichever is sooner.

IT IS SO ORDERED.

Dated: __April 25, 2019__

_____
UNITED STATES MAGISTRATE JUDGE